12/02/2011 FRI 15:06 FAX 6365100 0327 comm fax
Case 3:12-cv-00869-JPG-SCW Document 14-1 Filed 09/11/12 Page 1 of 5 Page ID #242

DEC-02-2011  13:47     LEWIS & RICE BELLEVILLE              618 234 8671    P.01/05

DEC 01 2011

Served
Not Served
Served By Mail
Served By Publication

2121 - Served
2221 - Not Served
2321 - Served By Mail
2421 - Served By Publication
ALIAS - SUMMONS

(2/28/11) CCG N001

MONS

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

No. 11-L-008140

REMY DAVID
(Name all parties)

v.

ERBERGS MARKETS INC. (A FORIEGN CORPORATION)

FREDERICK J. HESS, ESQ.
Illinois agent for Dierbergs Markets
325 S. High Street
Belleville, IL 62220

○ SUMMONS  ⦿ ALIAS SUMMONS

**each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is eto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the lowing location:

⦿ Richard J. Daley Center, 50 W. Washington, Room **801**, Chicago, Illinois 60602

○ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

○ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

○ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

○ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

○ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

○ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

ou must file within 30 days after service of this Summons, not counting the day of service.
F YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF EQUESTED IN THE COMPLAINT.

o the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement f service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 37158
Name: LAW OFFICES OF DAVID BOYD, LTD
Atty. for: PLAINTIFF
Address: 35 E. WACKER DRIVE
City/State/Zip: CHICAGO, IL 60601
Telephone: 800.529.9990

WITNESS,

Clerk of Court

Date of service: 12-1-11
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____ (Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS



EXHIBIT A

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF COOK    )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

JEREMY DAVID,

    Plaintiff,

v.                                              ) Case No:

DIERBERG'S MARKETS, INC.,
(A foreign Corporation),

    Defendant,

## PLAINTIFF'S VERIFIED COMPLAINT AT LAW

Now Comes Plaintiff, JEREMY DAVID, by his Counsels, Law Offices of David Floyd, Ltd., and complaining of Defendants, DIERBERG'S MARKETS, INC., a foreign corporation (hereinafter referred to as "DIERBERG'S"), states as follows:

1. Plaintiff, JEREMY DAVID, is a resident of the State of Illinois, City of Chicago.

12/02/2011 FRI 15:07 FAX 636-519 0227 compl fax
Case 3:12-cv-00869-JPG-SCW Document 14-1 Filed 09/11/12 Page 3 of 5 Page ID #244

2. That on JUNE 6, 2011, DIEGRBERG'S owned, operated, managed and maintained a retail grocery store located at 11481 Olive Blvd, ST. Louis, Missouri 63141;"

3. At the time and place aforesaid, Plaintiff JEREMY DAVID, was a business invitee lawfully on the premises of DIERBERG'S for the purposes of grocery/retail shopping.

4. At the time and place aforesaid, Plaintiff, JEREMY DAVID, was caused to slip, trip and fall by the clear pooled liquid on the floor.

5. At the time and place aforesaid, DIEGRBERG'S was negligent in one or more of the following respects:

    a. Failed to properly maintain their flooring in a safe and reasonable manner;

    b. Allowed clear pooled liquid to impede an area traveled by shoppers/invitees;

    c. Failed to warn the Plaintiff of the existence of pooled liquid in the area traveled by shoppers;

2

12/02/2011 FRI 15:07   FAX 636 519 0227 ccmi fax                                  ☒008/009
Case 3:12-cv-00869-JPG-SCW   Document 14-1   Filed 09/11/12   Page 4 of 5   Page ID #245
DEC-02-2011  13:48        LEWIS & RICE BELLEVILLE                 618 234 9671    P.04/05

d. Was on notice of spill by employees witnessing the customer/person responsible for the spilling and the spilling of the same clear pooled liquid prior to the incident causing plaintiff's injuries;

e. Failed to have slip-proof flooring at or near main checkout areas;

6. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions, Plaintiff, JEREMY DAVID, sustained injuries of a personal, pecuniary and permanent nature.

WHEREFORE, Plaintiff, JEREMY DAVID prays that judgment be entered against Defendant, DIERGBERG'S MARKETS, INC., a foreign corporation, for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and any other relief this Honorable Court should deem just and proper.

One of Plaintiff's Attorneys

David C. Boyd
Law Offices of David Boyd
35 E. Wacker Drive
9th Floor
Chicago, IL 60001
888-529-3990
Atty. No.: 37158

3

Case 3:12-cv-00869-JPG-SCW Document 19-1 Filed 09/21/12 Page 5 of 5 Page ID #358
12/02/2011 FRI 15:07 FAX 636 519 0227 ccmi fax ☒009/009
Case 3:12-cv-00869-JPG-SCW Document 14-1 Filed 09/11/12 Page 5 of 5 Page ID #246
DEC-02-2011 13:48 LEWIS & RICE BELLEVILLE 618 234 8571 P.05/05

STATE OF ILLINOIS )
                  )SS.
COUNTY OF COOK    )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

JEREMY DAVID, )
              )
    Plaintiff, )
              ) Case No:
v.            )
              )
DIERBERG'S MARKETS, INC., )
(A foreign Corporation),  )
              )
    Defendant. )

## PLAINTIFF'S VERIFICATION PURSUANT TO ILCS SECTION 1-109

I, Jeremy David, the undersigned Plaintiff, pursuant to section 1-109 of the Illinois Code of Civil Procedure do hereby state under penalty of perjury that I have read the foregoing complaint at law, and do hereby state that the same is true and accurate to the best of my belief and knowledge.

*/s/ Jeremy David*
JEREMY DAVID