

**Dorothy Brown**
**Clerk of the Circuit Court**
**Cook County**

Case Information Summary for Case Number
2011-L-008140

Filing Date: 8/4/2011
Division: Law Division
Ad Damnum: $30001.00

Case Type: PREMISES LIABILITY
District: First Municipal
Calendar: C

### Party Information

**Plaintiff(s)**
DAVID JEREMY

**Attorney(s)**
BOYD DAVID
35 E WACKER DRIVE
CHICAGO IL, 60601
(888) 529-3990

**Date of Service**

**Defendant(s)**
DIERBERGS MARKETS INC

**Attorney(s)**
KEMPPAINEN JOHN P
1 S MEMORIAL DR #1800
ST LOUIS MO, 63102
(314) 421-4430

### Case Activity

Activity Date: 8/4/2011                                      Participant: DAVID JEREMY

PREMISES LIABILITY COMPLAINT FILED

Court Fee: 337.00                    Attorney: BOYD DAVID
Ad Damnum Amount: 30001.00

Activity Date: 8/4/2011                                      Participant: DAVID JEREMY

NOTICE FILED

Attorney: BOYD DAVID



EXHIBIT B

https://w3.courtlink.lexisnexis.com/cookcounty/FindDock.asp?NCase=&SearchType=2&D... 8/2/2012

Activity Date: 8/4/2011                                   Participant: DAVID JEREMY

NOTICE FILED

Attorney: BOYD DAVID

Activity Date: 8/8/2011                                   Participant: DAVID JEREMY

CASE MANAGEMENT CALL NOTICE MAILED

Date: 12/6/2011
Court Time: 0930

Activity Date: 12/1/2011                                  Participant: DAVID JEREMY

ALIAS SUMMONS ISSUED

Court Fee: 6.00                          Attorney: BOYD DAVID

Activity Date: 12/6/2011                                  Participant: DAVID JEREMY

DISMISSED FOR WANT OF PROSECUTION

Judge: KIRBY, JOHN P.

Activity Date: 12/30/2011                        Participant: DIERBERGS MARKETS INC

APPEARANCE FILED - FEE PAID - (JURY DEMAND)

Court Fee: 436.00                        Attorney: KEMPPAINEN JOHN P

Activity Date: 12/30/2011                        Participant: DIERBERGS MARKETS INC

CERTIFICATE FILED

Attorney: KEMPPAINEN JOHN P

Activity Date: 12/30/2011                           Participant: DIERBERGS MARKETS

CERTIFICATE OF MAILING FILED

Attorney: KEMPPAINEN JOHN P

Activity Date: 12/30/2011                           Participant: DIERBERGS MARKETS

CERTIFICATE OF MAILING FILED

Attorney: KEMPPAINEN JOHN P

Activity Date: 12/30/2011                           Participant: DIERBERGS MARKETS

EXHIBITS FILED

Attorney: KEMPPAINEN JOHN P

Activity Date: 12/30/2011                           Participant: DIERBERGS MARKETS
ANSWER TO COMPLAINT FILED
Attorney: KEMPPAINEN JOHN P

Activity Date: 12/30/2011                           Participant: DIERBERGS MARKETS
MOTION FILED
Attorney: KEMPPAINEN JOHN P

Activity Date: 1/3/2012                             Participant: DAVID JEREMY
NOTICE OF MOTION FILED

Date: 1/11/2012        Attorney: BOYD DAVID
Court Time: 0930

Activity Date: 1/3/2012                             Participant: DAVID JEREMY
PROOF OF SERVICE FILED
Attorney: BOYD DAVID

Activity Date: 1/3/2012                             Participant: DAVID JEREMY
MOTION SPINDLED

Date: 1/11/2012        Attorney: BOYD DAVID
Court Time: 0930

Activity Date: 1/3/2012                             Participant: DAVID JEREMEY
MOTION TO VACATE - FILED

Court Fee: 60.00        Attorney: BOYD DAVID

Activity Date: 1/11/2012                            Participant: DAVID JEREMY
CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 2/9/2012         Judge: KIRBY, JOHN P.
Court Time: 1030

Activity Date: 1/11/2012                            Participant: DAVID JEREMY
REINSTATE CASE - ALLOWED -

Date: 12/6/2011        Judge: KIRBY, JOHN P.

Activity Date: 1/11/2012                            Participant: DAVID JEREMY

CASE ASSIGNED TO CATEGORY 1 - DISC. COMPLETED IN 18 MONTHS

Judge: KIRBY, JOHN P.

Activity Date: 1/26/2012                           Participant: DIERBERGS MARKETS
CERTIFICATE OF MAILING FILED
Attorney: KEMPPAINEN JOHN P

Activity Date: 1/26/2012                           Participant: DIERBERGS MARKETS
CERTIFICATE OF MAILING FILED
Attorney: KEMPPAINEN JOHN P

Activity Date: 1/26/2012                           Participant: DIERBERGS MARKETS
CERTIFICATE OF MAILING FILED
Attorney: KEMPPAINEN JOHN P

Activity Date: 1/26/2012                           Participant: DIERBERGS MARKETS
EXHIBITS FILED
Attorney: KEMPPAINEN JOHN P

Activity Date: 1/26/2012                           Participant: DIERBERGS MARKETS
EXHIBITS FILED
Attorney: KEMPPAINEN JOHN P

Activity Date: 1/26/2012                           Participant: DIERBERGS MARKETS
EXHIBITS FILED
Attorney: KEMPPAINEN JOHN P

Activity Date: 1/26/2012                           Participant: DIERBERGS MARKETS
MOTION FILED
Attorney: KEMPPAINEN JOHN P

Activity Date: 1/26/2012                           Participant: DIERBERGS MARKETS
MOTION TO DISMISS FILED
Attorney: KEMPPAINEN JOHN P

Activity Date: 1/26/2012                           Participant: DIERBERGS MARKETS

MOTION TO DISMISS FILED

Attorney: KEMPPAINEN JOHN P

Activity Date: 2/9/2012                    Participant: DIERBERGS MARKETS
ORDER PLAINTIFF, DEFENDANT OR WITNESS TO APPEAR - ALLOWED -

Date: 3/7/2012                    Judge: KIRBY, JOHN P.

Activity Date: 2/9/2012                    Participant: DAVID J
CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 3/7/2012                    Judge: KIRBY, JOHN P.
Court Time: 1030

Activity Date: 2/28/2012                    Participant: DIERBERG
CERTIFICATE OF MAILING FILED

Attorney: KEMPPAINEN JOHN P

Activity Date: 2/28/2012                    Participant: DIERBERG
NOTICE FILED

Attorney: KEMPPAINEN JOHN P

Activity Date: 3/7/2012                    Participant: DAVID JEREMY
DISMISSED FOR WANT OF PROSECUTION

Judge: KIRBY, JOHN P.

Activity Date: 3/26/2012                    Participant: DAVID JEREMY
CERTIFICATE FILED

Attorney: BOYD DAVID

Activity Date: 3/26/2012                    Participant: DAVID JEREMY
NOTICE OF MOTION FILED

Date: 4/4/2012                    Attorney: BOYD DAVID
Court Time: 0930

Activity Date: 3/26/2012                    Participant: DAVID JEREMY
MOTION FILED

Attorney: BOYD DAVID

Activity Date: 3/26/2012                                    Participant: DAVID JEREMY

MOTION SPINDLED

Date: 4/4/2012                          Attorney: BOYD DAVID
Court Time: 0930


Activity Date: 4/4/2012                                     Participant: DIERBERGS

CONTINUANCE - ALLOWED -

Date: 5/24/2012                         Judge: KIRBY, JOHN P.
Court Time: 0900


Activity Date: 4/4/2012                                     Participant: DAVID JEREMY

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 4/25/2012                         Judge: KIRBY, JOHN P.


Activity Date: 4/4/2012                                     Participant: DIERBERGS

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS -
ALLOWED -

Date: 5/15/2012                         Judge: KIRBY, JOHN P.


Activity Date: 4/4/2012                                     Participant: DIERBERGS

COURTESY COPIES REQUIRED - ALLOWED

Date: 5/21/2012                         Judge: KIRBY, JOHN P.


Activity Date: 4/4/2012                                     Participant: DAVID JEREMY

REINSTATE CASE - ALLOWED -

Date: 3/7/2012                          Judge: KIRBY, JOHN P.


Activity Date: 5/8/2012                                     Participant: DIERBERGS MARKETS

CERTIFICATE OF MAILING FILED

Attorney: KEMPPAINEN JOHN P


Activity Date: 5/8/2012                                     Participant: DIERBERGS MARKETS

NOTICE OF CHANGE OF OFFICE FILED

Attorney: KEMPPAINEN JOHN P

Activity Date: 5/9/2012                                   Participant: DIERBERGS MARKETS INC
                                    MOTION SPINDLED
         Date: 5/23/2012                    Attorney: KEMPPAINEN JOHN P
         Court Time: 1000


Activity Date: 5/22/2012                                  Participant: DIERBERG
                          STRIKE FROM MOTION CALL - ALLOWED
         Date: 5/23/2012                    Judge: KIRBY, JOHN P.


Activity Date: 5/22/2012                                  Participant: DIERBERG
                            COURT DATE TO STAND - ALLOWED
         Date: 5/24/2012                    Judge: KIRBY, JOHN P.
         Court Time: 0900


Activity Date: 5/24/2012                                  Participant: DIERBERGS MARKETS
                              CERTIFICATE OF MAILING FILED
                                            Attorney: KEMPPAINEN JOHN P


Activity Date: 5/24/2012                                  Participant: DIERBERGS MARKETS
                                 NOTICE OF HEARING FILED
                                            Attorney: KEMPPAINEN JOHN P


Activity Date: 5/24/2012                                  Participant: DIERBERGS MARKETS
              TRANSFER TO OTHER VENUE - OUTSIDE COOK COUNTY - ALLOWED
                                            Judge: KIRBY, JOHN P.


Activity Date: 6/7/2012                                   Participant: DIERBERGS MARKETS
                              CERTIFICATE OF MAILING FILED
                                            Attorney: KEMPPAINEN JOHN P


Activity Date: 6/7/2012                                   Participant: DIERBERGS MARKETS
                                      EXHIBITS FILED
                                            Attorney: KEMPPAINEN JOHN P


Activity Date: 6/26/2012                                  Participant: DAVID JEREMY
                                       RECEIPT FILED

Case 3:12-cv-00869-JPG-SCW   Document 14-2   Filed 09/11/12   Page 8 of 8   Page ID #254
Page 8 of 8

Attorney: PRO SE

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Return to Search Page