IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEREMY DAVID,

    Plaintiff,

vs.

DIERBERGS MARKET, INC.,

    Defendant.

Case No. 12-cv-869-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

DATED: May 8, 2013

NANCY J. ROSENSTENGEL, Clerk of Court

**s/Brenda K. Lowe, Deputy Clerk**

Approved:   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**